■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MITCHELL, Appellant. [985 NYS2d 896]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered December 2, 2011, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence supporting his conviction of murder in the second degree (*see* Penal Law § 125.25 [1]) is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Carncross*, 14 NY3d 319, 324-325 [2010]; *People v Gray*, 86 NY2d 10, 19 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Additionally, since motive is not an element of the crime of murder, the People were not required to prove the defendant's motive for committing the murder (*see People v Caban*, 5 NY3d 143, 154 [2005]; *People v Timmons*, 54 AD3d 883, 885 [2008]).

Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Dillon, J.P., Balkin, Miller and Maltese, JJ., concur.